# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CR. NO. 07-00222-CG** |
| ) | |
| **FELIPE ALEJANDRO-MIRAMAR,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

This matter is before the court on the Magistrate's Report and Recommendation regarding the defendant's motion to dismiss (Doc. 31), defendant's motion to withdraw his motion to dismiss (Doc. 32), and his notice of intent to plead guilty and unopposed motion to expedite sentencing hearing (Doc. 33).

Upon due consideration, the defendant's motion to withdraw is hereby **DENIED**.

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated October 30, 2007 is **ADOPTED** as the opinion of this court. Therefore, defendant's motion to dismiss is hereby **DENIED**.

A change of plea hearing is hereby **SCHEDULED** for **Wednesday, November 28, 2007 at 9:00 a.m.,** to be held in Courtroom 2B of the United States District Court, 113 St. Joseph Street, Mobile, Alabama. The United States Marshal is hereby **ORDERED** to have defendant present for said hearing.

The defendant's unopposed motion for expedited sentencing is hereby **GRANTED, in part**.

A sentencing date will be set once the court receives notice from the Probation Office that an abbreviated presentence investigation report is complete.

**DONE and ORDERED** this 21st day of November, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE